UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| MICHAEL L. SHERBYN, ) | |
| ) | |
| Plaintiff, ) | No. 3:13-cv-0092 |
| ) | CHIEF JUDGE HAYNES |
| v. ) | |
| ) | JURY DEMAND |
| TYSON FRESH MEATS, INC., ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 7.01(b), Defendant Tyson Fresh Meats, Inc. ("Tyson") respectfully requests leave of this Court to file a reply to Plaintiff's Response to Defendant's Motion for Summary Judgment. [Dkt. No. 42]. As grounds, Tyson asserts as follows:

Plaintiff's Response contains mischaracterizations of the record and raises arguments that warrant a reply. Tyson respectfully requests that it be granted an opportunity to respond to the Plaintiff's mischaracterizations and to address the erroneous legal arguments made in Plaintiff's Response. Further, Tyson submits that its reply will assist the Court in its understanding of the facts and determination of Tyson's Motion for Summary Judgment.

WHEREFORE, Tyson respectfully requests that the Court enter an order granting Tyson leave to file its reply in support of its Motion for Summary Judgment. A copy of Tyson's reply is attached as Exhibit A.